# UNITED STATES DISTRICT COURT

| District of | Alaska |
|---|---|

**In the Matter of the Search of**

(Name, address or brief description of person or property to be searched)

## SEARCH WARRANT

Priority Mail parcel with USPS Tracking Number 9505510971603166397371, bearing meter strip number 00097160-12 for the amount of $16.85, addressed to "R Anderson, 215 Smith ST, Sitka, AK 99835" from "Bean, 1154 Camps Canyon rd, Troy, ID 83871."

Case Number: 1:13-mj-000002-LCL

---

TO:   **ANY U.S. POSTAL INSPECTOR OF THE**    or any Authorized Officer of the United States
**U.S. POSTAL INSPECTION SERVICE (USPIS)**

Affidavit(s) having been made before me by   Bryce K. Dahlin    who has reason to believe
                                           Affiant

that   ☐   on the person of, or   X   on the premises known as (name, description and/or)

The above described article, currently located in a locked container at the Sitka Post Office, 1207 SMC, Sitka, AK 99835.

| in the | | District of | Alaska | there is now |
|---|---|---|---|---|

concealed a certain property, namely (describe the person or property)

Narcotic controlled substances, namely cocaine, marijuana, methamphetamine, and heroin, in violation of Title 21 Section 841(a)(1) and 843(b) and Title 18 Section 1716.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the property so described is now concealed on the premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before

                                                        Date

(not to exceed 10 days) the place named above for the person or property specified, serving this warrant and making the

search   ☐   in the daytime — 6:00 AM to 10:00 P.M.   ☐   at anytime in the day or night as I find reasonable cause has been established

established and if the property be found there to seize same, leaving a copy of this warrant and receipt for the

property taken, and prepare a written inventory of the property seized and promptly return this warrant to

                                                        as required by law.

                  U.S. Magistrate Judge    (Rule 41 (f)(4))

| | At | Juneau, AK |
|---|---|---|

Date and Time Issued   June 19, 2013

Leslie Longenbaugh / U.S. Magistrate Judge

Name and Title of Judge

**Signature Redacted**

Signature of Judge

| RETURN | | Case Number: | 1:13-mj-00002-LCL |
|---|---|---|---|

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6/19/13 | 6/19/13  5:31 PM | Debbie Guthrie USPS |

INVENTORY MADE IN THE PRESENCE OF

France Bega

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

BD   — Nothing Seized —   BD

BP                                              BD

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

**Signature Redacted**

Bryce K. Dahlin                          | USPIS

Subscribed, sworn to, and returned before me this date.

**Signature Redacted**

Signature of Judge                        June 21, 2013
                                          Date